# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 2, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155568(10)

ALEXANDER R. SPITZER,
        Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
        Defendant.

_____/

SC: 155568
AGC: 2096-14

On order of the Chief Justice, the motion of plaintiff to extend the time for filing his reply to defendant's answer and to respondent's brief in opposition is GRANTED. The reply will be accepted as timely filed if submitted on or before June 20, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2017



Clerk